STATE v. JACKSON

No. 56P96

Case below: 121 N.C.App. 398

Motion by defendant for temporary stay allowed 8 February 1996 pending receipt and determination of defendant's petition for discretionary review.

STATE v. KEEL

No. 134A93-3

Case below: Edgecombe County Superior Court

Petition by defendant for writ of certiorari to review the decision of the Edgecombe County Superior Court denied 27 December 1995. Petition by defendant for writ of supersedeas denied 27 December 1995. Motion by defendant for stay of execution denied 27 December 1995.

STATE v. LARRY

No. 189A95

Case below: Forsyth County Superior Court

Petition by defendant for writ of certiorari to review the decision of the Forsyth County Superior Court allowed 8 February 1996.

STATE v. LEDFORD

No. 423P95

Case below: 120 N.C.App. 409

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

STATE v. LEWIS

No. 570P95

Case below: 120 N.C.App. 884

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.